UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FRANCIS MARTINEZ,

    Plaintiff,

v.                                                Case No:   2:16-cv-614-FtM-38CM

LA BAZENNE USA, INC.,

    Defendant.

## ORDER

This matter comes before the Court upon review of Request for Motion of Extension for Case 2-16-CV-614-FtM-38CM For Time to Find Legal Counsel (Doc. 8), construed as a Motion for Extension of Time to File a Notice of Appearance and a Responsive Pleading, filed on August 31, 2016. Plaintiff instituted this action on August 8, 2016 for alleged violations of the Americans with Disabilities Act ("ADA"). Doc. 1. Amy Giacometti, the President of the corporate Defendant, La Bazenne USA, Inc., seeks an extension until December 1, 2016 to find legal counsel to respond to Plaintiff's Complaint. Doc. 8.

According to Local Rule 2.03(e), a corporation may only appear and be heard through counsel admitted to practice in the Court pursuant to Local Rules 2.01 or 2.02. "A corporation can never appear *pro se*." *Obermaier v. Driscoll*, No. 2:00-CV-214-FTM-29D, 2000 WL 33175446, at *1 (M.D. Fla. Dec. 13, 2000). Defendant's President seeks an extension of "60-90 days for time to find legal counsel" but has provided no justification why such length of time is necessary. Nevertheless, in the

spirit of Local Rule 2.03(e) and Rule 1, Federal Rules of Civil Procedure, the Court finds good cause to grant Defendant an extension up to and including October 6, 2016 to cause a Notice of Appearance be filed by the attorney to represent it <u>and</u> to respond to Plaintiff's complaint.  Defendant is cautioned that absent a further extension upon a showing of good cause or excusable neglect,[1] failure to comply with this Order may result in sanctions, including entry of a Clerk's default and default judgment against Defendant.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Request for Motion of Extension for Case 2-16-CV-614-FtM-38CM For Time to Find Legal Counsel (Doc. 8) is **GRANTED in part**.

2. La Bazenne USA, Inc. shall have up to and including **October 6, 2016** to cause a Notice of Appearance be filed by the attorney to represent it and to respond to Plaintiff's complaint.   Failure to do so may result in sanctions, including the entry of a Clerk's default and default judgment against Defendant.

---

[1] Rule 6, Federal Rules of Civil Procedure, requires a showing of good cause when a party files a motion for extension of time before the original time or its extension expires. Fed. R. Civ. P. 6(b)(1)(A).   Rule 6 "requires a showing of 'excusable neglect' for an extension of a passed deadline." *Auto-Owners Ins. Co. v. Ace Elec. Serv., Inc.*, 648 F.Supp.2d 1371, 1375 (M.D. Fla. 2009); Fed. R. Civ. P. 6(b)(1)(B).

- 3 -

**DONE** and **ORDERED** in Fort Myers, Florida on this 8th day of September, 2016.

*/s/ Carol Mirando*
CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record